# United States Court of Appeals for the Fifth Circuit

———————

No. 23-30873
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 24, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JAWAN FORTIA,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:14-CR-131-4

———————————————————

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Jawan Fortia was convicted of numerous crimes related to his participation in a New Orleans street gang. On appeal, we vacated one conviction, affirmed the others, vacated the sentence on his drug-trafficking-conspiracy conviction, and remanded for resentencing. *See United States v. McClaren*, 13 F.4th 386, 418–19 (5th Cir. 2021). The district court

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30873

resentenced Fortia and reentered judgment. He now appeals that judgment but rightly concedes that his arguments are foreclosed by the law-of-the-case doctrine. *See United States v. Agofsky*, 516 F.3d 280, 283 (5th Cir. 2008).

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Fortia's unopposed motion for summary disposition is GRANTED, and the district court's judgment is AFFIRMED.